# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SCOTT MUIRHEAD III,<br>Plaintiff,<br>v.<br>BELL HELICOPTER CORPORATION, et al.,<br>Defendants. | Case No. 1:26-cv-06387-SAB<br>ORDER DENYING JOHN JOSEPH GAGLIANO'S *PRO HAC VICE* APPLICATION WITHOUT PREJUDICE<br>(ECF No. 10) |

Before the Court is the application of John Joseph Gagliano, attorney for Plaintiff Walter Scott Muirhead III, for admission to practice *pro hac vice*. L.R. 180(b)(2).

Upon review, the Court finds the application is deficient. Pursuant to Local Rule 180(b)(2), an application to proceed *pro hac vice* must include "a certificate of good standing from the court in the attorney's state of primary practice" and the application "shall also be accompanied by payment to the Clerk of any prescribed fee," which in the Eastern District is $300.00. Attorney Gagliano's application contains neither a certificate of good standing nor an entry on the docket that the prescribed fee has been paid.

/ / /

/ / /

/ / /

/ / /

Accordingly, the application to practice *pro hac vice* is DENIED without prejudice, subject to refiling with a certificate of good standing and payment of the prescribed fee.

IT IS SO ORDERED.

Dated: **August 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge