# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SCOTT MUIRHEAD III,<br><br>Plaintiff,<br><br>v.<br><br>BELL HELICOPTER CORPORATION, et al.,<br><br>Defendants. | Case No. 1:26-cv-06387-SAB<br><br>ORDER GRANTING JOHN JOSEPH GAGLIANO'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 12) |

Before the Court is the application of John Joseph Gagliano's, attorney for Walter Scott Muirhead III, for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **August 31, 2026**

STANLEY A. BOONE
United States Magistrate Judge