# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WALTER SCOTT MUIRHEAD, III,

Plaintiff,

v.

BELL HELICOPTER CORPORATION, et al.,

Defendants.

Case No. 1:26-cv-06387-SAB

ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING READINESS FOR INITIAL SCHEDULING CONFERENCE

**DEADLINE: OCTOBER 21, 2026**

On September 30, 2024, Plaintiff commenced this action in California Superior Court, Fresno County, and on August 10, 2026, Defendant Bell Textron Inc. removed the action to this Court. (ECF No. 1.) The initial scheduling conference is scheduled for November 12, 2026. (ECF No. 7.) The Court will generally not hold an initial scheduling conference if one or more defendants have not appeared and answered. At this time, Defendants Bell Helicopter Corporation and Bell Textron Canada, Ltd. have not appeared or answered, nor has Plaintiff filed a summons returned executed or other proof of service.

/ / /

/ / /

/ / /

/ / /

Therefore, IT IS HEREBY ORDERED that **on or before October 21, 2026**, Plaintiff shall file a status report indicating the status of service upon Defendants Bell Helicopter Corporation and Bell Textron Canada, Ltd.; whether Plaintiff is prepared to hold the scheduling conference; whether the scheduling conference should be continued to allow for these Defendants to appear in this action; and/or whether Plaintiff intends to move for an entry of default.

In addition, the Court ADVISES that Plaintiff must comply with Fed. R. Civ. P. 4(m), and Plaintiff should move for an extension of time to effectuate service should it be necessary.

IT IS SO ORDERED.

Dated: **October 15, 2026**

STANLEY A. BOONE
United States Magistrate Judge