# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SCOTT MUIRHEAD, III,<br>Plaintiff,<br>v.<br>BELL HELICOPTER CORPORATION, et al.,<br>Defendants. | Case No. 1:26-cv-06387-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE |

On October 21, 2026, the Court directed Plaintiff to file a status report regarding the status of service upon Defendants, and whether the scheduling conference should be continued to allow for Defendants to appear. (ECF No. 15.) On October 21, 2026, Plaintiff timely complied stating that he is in the process of effectuating service on Defendant Bell Textron Canada, Ltd., but is otherwise prepared to participate in the initial scheduling conference. (ECF No. 17.)

The Court will not conduct an initial scheduling conference until all defendants have appeared and answered. Because Defendant Bell Textron Canada, Ltd. has not appeared or answered, the Court HEREBY CONTINUES the initial scheduling conference to **March 11, 2027 at 11:30 a.m.**

IT IS SO ORDERED.

Dated: **October 22, 2026**

STANLEY A. BOONE
United States Magistrate Judge