# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SCOTT MUIRHEAD III,<br>Plaintiff,<br>v.<br>BELL HELICOPTER CORPORATION, et al.,<br>Defendants. | Case No. 1:26-cv-06387-KES-SAB<br><br>ORDER DIRECTING THE CLERK OF COURT TO TERMINATE DEFENDANT BELL HELICOPTER CORPORATION<br><br>(ECF No. 18) |

On October 21, 2026, Plaintiff filed a notice of voluntary dismissal of this action as to Defendant Bell Helicopter Corporation. (ECF No. 18.)

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078; see also Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993). In this action, Defendant Bell Helicopter Corporation has not filed an answer, other responsive pleading, or motion for summary judgment.

Accordingly, the Clerk of the Court is HEREBY ORDERED to TERMINATE Defendant Bell Helicopter Corporation in this action.

IT IS SO ORDERED.

Dated: **October 22, 2026**

STANLEY A. BOONE
United States Magistrate Judge